No. 89-7420. FRANKLIN *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 89-7424. SPILLERS *v.* BURNS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-7426. WOOD ET UX. *v.* OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 89-7434. DAVIS *v.* BUSH ET AL. C. A. 5th Cir. Certiorari denied.

No. 89-7440. REED *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 89-7445. LITTLEJOHN *v.* SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 89-7446. MARTIN *v.* FARNAN. C. A. 3d Cir. Certiorari denied.

No. 89-7449. MARTIN *v.* HUYETT. C. A. 3d Cir. Certiorari denied.

No. 89-7450. LEPISCOPO *v.* SANNICKS. C. A. 10th Cir. Certiorari denied.

No. 89-7453. EVANS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 89-7454. WALKER *v.* JONES, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 89-7457. HILLIARD *v.* FULCOMER, SUPERINTENDENT, HUNTINGDON CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 89-7458. KLACSMANN *v.* JENSEN. C. A. 11th Cir. Certiorari denied.

No. 89-7459. LEPISCOPO *v.* TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89-7460. MORGAN *v.* ROWE ET AL. C. A. 7th Cir. Certiorari denied.